UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LABORERS' LOCAL UNION NOS. 472 &
172 and LABORERS' LOCAL UNION NOS.
472 & 172 WELFARE AND PENSION
FUNDS AND SAFETY, EDUCATION AND
TRAINING FUNDS; ZAZZALI, P.C.,

Petitioners,

v.

LUCAS CONSTRUCTION GROUP, INC.,

Respondent.

Civil Action No. 24-993 (MAS) (JTQ)

**MEMORANDUM ORDER**

This matter comes before the Court on Petitioners Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds and Safety, Education, and Training Funds and Zazzali, P.C.'s (collectively, "Petitioners") Petition to Confirm Arbitration Award ("Petition") (ECF No. 1) and Motion to Confirm Arbitration Award ("Motion") (ECF No. 2). Lucas Construction Group, Inc. ("Respondent") has not appeared in this action.

The Certification of Service in support of Petitioners' Motion states that the Petition and Motion were forwarded to Respondent at the following address:

> 270 Tennent Road
> Morganville, NJ 07751
> Attn: Mr. Lionel Lucas

(Certification of Service, ECF No. 2-1.) The "true and accurate signature page" submitted with the Petition, however, reflects the following address for Respondent:

> 2 Hance Avenue
> Tinton Falls, NJ 07724

(Pet. ¶ 5, ECF No. 1 at *2; Pet. Ex. B, ECF No. 1 at *24.)

Here, based on the discrepancies in Respondent's address, the Court finds good cause to deny Petitioners' motion without prejudice and require Petitioners to file a supplemental certification. Based on the foregoing, and for other good cause shown,

IT IS, on this 13th day of September 2024, **ORDERED** as follows:

1. Petitioners' Motion to Confirm Arbitration Award (ECF No. 2) is **DENIED** without prejudice.

2. Petitioners must file a supplemental certification regarding the discrepancies in addresses by **October 14, 2024**.[1]

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

---

[1] Petitioners' supplemental certification must also include proof of service on Respondent.